**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

                                            Case No.: 13-12018-BKC-RBR
                                            Chapter 11

In re:

D'ARCY ACQUISITION, LLC,
d/b/a D'ARCY LABORATORIES, LLC;

                      Debtor.
_____/

**UNITED STATES TRUSTEE'S OBJECTION
TO EMERGENCY APPLICATION FOR APPROVAL OF
EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC AS EXCLUSIVE INVESTMENT BANK
TO THE DEBTOR *NUNC PRO TUNC* TO
MARCH 26, 2013 (DE # 72)[1]**

      Guy G. Gebhardt, Acting United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby objects to the application for the employment of GlassRatner Advisory & Capital Group, LLC, as exclusive investment bank to the debtor, and in support states:

**THE APPLICATION**

      1.      On January 29, 2013, D'Arcy Acquisition LLC ("Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code.

      2.      The United States Trustee has not appointed a committee of unsecured creditors.

---

[1] Due to the emergency nature of the Motion and hearing, the United States Trustee hereby requests a waiver of Local Rule 5005-1(F)(1) and (2).

3.      On April 4, 2013, the Debtor filed the *Emergency Application for Approval of Employment of GlassRatner Advisory & Capital Group, LLC as Exclusive Investment Bank to the Debtor Nunc Pro Tunc to March 26, 2013* ("Application") (DE # 72), seeking the employment of GlassRatner on an emergency basis and requesting a hearing on or before April 5, 2013.

## RELIEF REQUESTED

4.      The United States Trustee hereby objects to the Application and requests that the same be denied in full or in part.

5.      The Debtor is requesting this court to approve the employment of the investment bank on an emergency basis because it is "necessary and essential" to employ GlassRatner to locate and negotiate with potential purchasers (DE # 72, ¶ 9), to review and develop initial marketing materials, speak and negotiate with potential interested parties, and coordinating with the Debtor staff on due diligence requests from potential buyers, among other functions (DE # 72, ¶ 10).  However, the deadline to submit competing bids and complete the due diligence is April 12, 2013, three days after the hearing on the Application and eight days after the Application was filed.  Therefore, the United States Trustee believes that any work to be performed by the investment bank will be limited as his services were requested too late to provide any substantial benefit to the estate, which puts the entire sale process into question.

6.      The United States Trustee also believes that the compensation sought by the Application is excessive.  The Application and the engagement letter both indicate that the investment bank will receive 4.5% of the transaction price, including the value of any assumed leases and the market value of any common or preferred stock or promissory notes issued by either the Debtor or the purchaser.  The order granting the expedited motion to approve the sale

procedures in this case indicates that the purchaser can assume the lease with Duke Atlantic Business Ctr 2-9, LLC to rent the premises where the Debtor is currently operating from. Therefore, any additional compensation that would be received by GlassRatner for the assumption of this lease as well as any additional compensation received from the value of any common or preferred stock issued from the sale, is excessive in and of itself, as well as being excessive due to the fact that the services would be limited and would not provide any substantial benefit to the estate at this stage of the proceedings.

7. The Debtor still has not convinced the Court and the parties about the emergency nature of the sale and the instant Application. It is interesting that this expedited sale only arose after OLP withdrew its request to obtain 95% of the Debtor's stock as part of its DIP financing motion. The sale procedures were granted with a limited timeframe to conduct due diligence and provide proposed bids, and now we have an emergency Application to employ GlassRatner at this late stage of the proceedings, to conduct services that he might have been performing since March 26, 2013, based on the *nunc pro tunc* request on the title of the Application. Therefore, the United States Trustee believes that any delay caused by the continued negotiations of the terms of the engagement letter between GlassRatner and the Debtor has been prejudicial to the estate.

WHEREFORE, the United States Trustee requests that the Application be denied, in full or in part, and to grant such other relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that I consulted with opposing counsel prior to the filing of the instant objection, in an attempt to resolve the matters without the need of a hearing.

Dated: April 8, 2013 	Guy G. Gebhardt
	Acting United States Trustee
	Region 21

	/s/ Damaris Rosich-Schwartz
	Damaris Rosich-Schwartz
	Florida Bar No.: 0042065
	Trial Attorney
	United States Department of Justice
	Office of the United States Trustee
	51 SW First Avenue, Suite 1204
	Miami, FL 33130
	Phone: (305) 536-7285
	Fax: (305) 536-7360
	Damaris.D.Rosich-Schwartz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion was sent on April 8, 2013

as follows:

| | |
|---|---|
| William E Calnan | wcalnan@waldmanlawfirm.com |
| Patrick R Dorsey | pdorsey@sfl-pa.com |
| Hollie N Hawn | hhawn@broward.org |
| Philip J Landau | plandau@sfl-pa.com |

James W Fox
Glass Ratner Advisory & Capital Group LL
One Grand Central Place
60 E 42nd St #2200
New York, NY

Louis F Solimine
Thompson Hine LLP
312 Walnut St 14 fl
Cincinnati, OH 45202-4089

Dated: April 8, 2013.

        Guy G. Gebhardt
        Acting United States Trustee
        Region 21

        /s/ Damaris Rosich-Schwartz
        Damaris Rosich-Schwartz, Esq.