

**ORDERED in the Southern District of Florida on April 15, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

D'ARCY ACQUISITION, LLC,                                  Case No: 13-12018-RBR
d/b/a D'ARCY LABORATORIES, LLC,

    Debtor.                                                      Chapter 11
_____/

### ORDER APPROVING EMERGENCY APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC AS EXCLUSIVE INVESTMENT BANK TO THE DEBTOR
### *NUNC PRO TUNC* TO MARCH 26, 2013

**THIS MATTER** came before the Court for hearing on April 9, 2013, upon D'Arcy Acquisition, LLC d/b/a D'Arcy Laboratories, LLC's (the "Debtor") *Emergency Application for Approval of Employment of GlassRatner Advisory & Capital Group, LLC as Exclusive Investment Banker to the Debtor Nunc Pro Tunc to March 26, 2013* (the "Application") [ECF No. 72], the proposed engagement letter (the "Engagement Letter") between the Debtor and

{1741/000/00181485}

GlassRatner Advisory & Capital Group, LLC (the "Firm") attached to the Application as **EXHIBIT "A"**, and the affidavit of James W. Fox attached to the Application as **EXHIBIT "B"** (the "Affidavit").  The Court having reviewed the Application, Engagement Letter and Affidavit, having heard the statements of counsel and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

    1.    The Application is **APPROVED** as provided herein.

    2.    The Debtor's employment of the Firm as a broker is **APPROVED** pursuant to 11 U.S.C. § 327(a), *nunc pro tunc* to March 26, 2013.

    3.    The fee arrangement set forth in the Engagement Letter is **APPROVED** pursuant to 11 U.S.C. § 330.

    4.    To the extent any provisions of the Engagement Letter are in conflict with the terms and conditions of the Application, the terms and conditions of the Engagement Letter shall control.

    5.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Patrick Dorsey, Esq.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800/Facsimile: 561-998-0047
Email: pdorsey@sfl-pa.com

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.